| United States Bankruptcy Court<br>District of South Carolina | | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carolina Wings of America, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **57-1042112** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1494 Lake Murray Blvd.**<br>**Columbia, SC**<br>ZIP CODE **29212** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Richland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Carolina Wings of America, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Carolina Wings of Amer. Holding Co., LLC** | Case Number: **(Filing Simultaneously Herewith)** | Date Filed: **11/09/11** |
| District: **Columbia** | Relationship: **Holding Corp.** | Judge: **(Unknown)** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  Not Applicable** _____ Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Carolina Wings of America, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **Not Applicable**<br>　Signature of Debtor<br><br>X **Not Applicable**<br>　Signature of Joint Debtor<br><br>　Telephone Number (If not represented by attorney)<br><br>　Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X **Not Applicable**<br>　(Signature of Foreign Representative)<br><br>　(Printed Name of Foreign Representative)<br><br>　Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X **/s/H. Flynn Griffin, III**<br>　Signature of Attorney for Debtor(s)<br><br>**H. Flynn Griffin, III    Bar No.  2466**<br>　Printed Name of Attorney for Debtor(s) / Bar No.<br><br>**Anderson & Associates, P.A.**<br>　Firm Name<br><br>**Post Office Box 76 Columbia, SC 29202**<br>　Address<br><br>**803-252-8600        803-256-0950**<br>　Telephone Number<br><br>**11/9/2011**<br>　Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>**Not Applicable**<br>　Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>　Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>　Address<br><br>X **Not Applicable**<br><br>　Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X **/s/ George R. Schoolmeester**<br>　Signature of Authorized Individual<br><br>**George R. Schoolmeester**<br>　Printed Name of Authorized Individual<br><br>**Member**<br>　Title of Authorized Individual<br><br>**11/9/2011**<br>　Date | |

# United States Bankruptcy Court

## District of South Carolina

In re:

Case No.

Chapter **11**

**Carolina Wings of America, LLC**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **George R. Schoolmeester**, declare under penalty of perjury that I am the **Member** of **Carolina Wings of America, LLC,** a **South Carolina** Corporation and that on **11/07/2011** the following resolution was duly adopted by the **Managing Members** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **George R. Schoolmeester**, **Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **George R. Schoolmeester**, **Member** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **George R. Schoolmeester**, **Member** of this Corporation, is authorized and directed to employ **H. Flynn Griffin, III**, attorney and the law firm of **Anderson & Associates, P.A.** to represent the Corporation in such bankruptcy case."

Executed on:    **11/9/2011**

Signed:    **/s/ George R. Schoolmeester**
          **George R. Schoolmeester**

**B4 (Official Form 4) (12/07)**

## United States Bankruptcy Court
## District of South Carolina

In re **Carolina Wings of America, LLC** , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Sysco**<br>131 Sysco Court<br>Columbia, SC  29209 | | | | $478,554.00<br><br>**SECURED VALUE:** |
| **Internal Revenue Service**<br>Dept. of Treasury<br>Cincinnati, OH  4599-0005 | | | | $433,752.43 |
| **Clouds Creek, LLC**<br>c/o Franklin J. Smith, Jr.<br>P. O. Drawer 7788<br>Columbia, SC  29202 | | | | $250,558.12 |
| **Kenyon Wells & Associates**<br>130 Whiteford Court, #C<br>Lexington, SC  29072-7828 | | | | $184,220.36 |
| **Inland Mid-Atlantic Mgmt.**<br>DDRC<br>2901 Butterfield Road<br>Oak Brook, IL 60523 | | | | $105,795.64 |
| **G. Robert Schoolmeester**<br>1494 Lake Murray Blvd.<br>Columbia, South Carolina 29212 | | | | $104,026.54 |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Carolina Wings of America, LLC** , Case No. _____
    Debtor                                           Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| US Foodservice<br>c/o Joseph F. Davis<br>P. O. Drawer 730<br>Sumter, SC  29151 | | | | $95,216.08 |
| Restaurant Technologies<br>c/o P. Joshua Hill<br>Suite 1500<br>50 South Sixth Street<br>Minneapolis, MN  55402-1498 | | | | $89,926.29 |
| Advance Me<br>2015 Vaughn Road<br>Building 500, Suite 500<br>Kennesaw, GA  30144 | | | | $81,192.90 |
| Haynsworth, Sinkler, Boyd, P.A.<br>1426 Main Street<br>Suite 1200<br>P. O. Box 11889<br>Columbia, SC  29211-1889 | | | | $81,010.21 |
| SC Department of Revenue<br>Sales Tax Return<br>Columbia, SC  29214-0101 | | | | $50,160.72 |
| First South Bank<br>c/o Donald W. Tyler<br>P.O. Box 11656<br>Columbia, South Carolina 29211 | | | | $48,136.33 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Carolina Wings of America, LLC** , Case No. _____

    Debtor                                       Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **SCE&G**<br>Columbia, SC  29218 | | | | $44,977.58 |
| **SunTrust Equipment Finance and Leasing Corp.**<br>P. O. Box 79503<br>Baltimore, MD  21279--0503 | | | | $42.953.64<br><br>**SECURED VALUE:** |
| **Great American Leasing**<br>P. O. Box 660831<br>Dallas, TX  75266-0831 | | | | $35,890.66<br><br>**SECURED VALUE:** |
| **SC Department of Revenue Withholding**<br>Columbia, SC  29214-0004 | | | | $29,145.36 |
| **Sam's Club Credit Card**<br>P. O. Box 530981<br>Atlanta, GA  30353 | | | | $13,633.69 |
| **US Bancorp**<br>1450 Channel Parkway<br>Marshall, MN  56258 | | | | $12,496.54<br><br>**SECURED VALUE:** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re **Carolina Wings of America, LLC**,    Case No. _____

Debtor    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Gamecock Sports Properties<br>Dept. 905GSP<br>P. O. Box 667715<br>Charlotte, NC  28266-7715 | | | | $10,727.00 |
| SCESC<br>P. O. Box 7103<br>Columbia, SC  29202 | | | | $10.508.13 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, George R. Schoolmeester, Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **11/9/2011**    Signature: **/s/ George R. Schoolmeester**

**George R. Schoolmeester ,Member**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA**

IN RE: )
)
**Carolina Wings of America, LLC** )
)
) **CERTIFICATION VERIFYING**
) **CREDITOR MATRIX**
**DEBTOR.** )

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a) _____ computer diskette

(b) _____ scannable hard copy
(number of sheets submitted \_\_\_\_\_)

(c) **X** electronic version filed via CM/ECF

Date: **11/9/2011**, _____

**/s/ George R. Schoolmeester**
**George R. Schoolmeester**
Signature of Authorized Individual

**/s/H. Flynn Griffin, III**
**H. Flynn Griffin, III**
Signature of Attorney

**H. Flynn Griffin, III
Post Office Box 76
Columbia, SC 29202
803-252-8600**
Typed/Printed Name/Address/Telephone

**2466**
District Court I.D. Number

ADP
P. O. Box 9001006
Louisville, KY  40290-1006


Advance Me
2015 Vaughn Road
Building 500, Suite 500
Kennesaw, GA  30144


Airgas National Carbonation
P. O. Box 601985
Charlotte, NC  28260-1985


Allied Waste Services
P. O. Box 9001099
Louisville, KY  40290-1099


Amerigas
A/R Dept.
2115 South Fraser Street
Georgetown, SC  29440


ASCAP
2690 Cumberland Parkway
Suite 490
Atlanta, GA  30339


AT&T
P. O. Box 70529
Charlotte, NC  28272-0529


BDRC, LLC
c/o Dial Dunlap & Edwards
1122 Barnwell Street
Columbia, SC  29201


Beltram Edge Tool Supply, Inc.
6800 North Florida Avenue
Tampa, FL  33604

Bi-Lo, LLC
P. O. Box 933280
Atlanta, GA  31193-3280


BMI
10 Music Square East
Nashville, TN  37203-9901


BOMA Red Bank, LLC
P. O. Box 117
Columbia, SC  29202


Business Spotlight
2705 Elm Street
Cayce, SC  29033


Cable & Connections
2500-A Leaphart Road
West Columbia, SC  29169


Carolina Georgia Sound, Inc.
P. O. Box 14759
Augusta, GA  30919-0759


City of Columbia
P. O. Box 7997
Columbia, SC  29202


City of Columbia
P. O. Box 147
Columbia, SC  29217-0001


City of Columbia
P. O. Box 147
Columbia, SC  29217

City of Florence
Utility Finance Division
180 N. Irby Street
Florence, SC  29501-3488


City of Florence
City-County Complex BB
180 N. Irby Street
Florence, SC  29501-3456


City of West Columbia
P. O. Box 4044
West Columbia, SC  29171-4044


Clouds Creek, LLC
c/o Franklin J. Smith, Jr.
P. O. Drawer 7788
Columbia, SC  29202


Coastal BioDiesel
SISCO, LLC
127 French Collins Road
Conway, SC  29526


Columbia Radio Group
WWNU/WWNQ
Suite 100
1010 Gervais Street
Columbia, SC  29201


County of Lexington
P. O. Box 3000
Lexington, SC  29071-3000


Direct TV
P. O. Box 60036
Los Angeles, CA  90060-0036


Dodson Pest Control
P. O. Box 1916
Myrtle Beach, SC  29578

Duke Energy
P. O. Box 1090
Charlotte, NC  28201-1090



Duplicating Products, Inc.
P. O. Box 2239
West Columbia, SC  29171-2239



Fast Signs
252-A Harbison Boulevard
Columbia, SC  29212



First South Bank
c/o Donald W. Tyler
P.O. Box 11656
Columbia, South Carolina 29211



Florence County Treasurer
180 North Irby Street
Florence, SC  29501



Free Times
P. O. Box 8295
Columbia, SC  29202



Frontier
P. O. Box 2951
Phoenix, AZ  85062-2951



G. Robert Schoolmeester
1494 Lake Murray Blvd.
Columbia, South Carolina 29212



Gamecock Sports Properties
Dept. 905GSP
P. O. Box 667715
Charlotte, NC  28266-7715

```
Georgetown County
P. O. Drawer 421270
Georgetown, SC  29442




Georgetown County
P. O. Box 2748
Georgetown, SC  29442




Georgia International Foods, Inc.
P. O. Box 16949
Atlanta, GA  30321




Grainger
550 Chris Drive
Palatine, IL  60038-0001




Great American Leasing
P. O. Box 660831
Dallas, TX  75266-0831




Haynsworth, Sinkler, Boyd, P.A.
1426 Main Street
Suite 1200
P. O. Box 11889
Columbia, SC  29211-1889


Hipkins, Kiesler, and Assoc.
1410 Dutch Fork Road
Irmo, SC  29063




Inland Mid-Atlantic Mgmt.
DDRC
2901 Butterfield Road
Oak Brook, IL 60523




Internal Revenue Service
Dept. of Treasury
Cincinnati, OH  4599-0005
```

Internal Revenue Service
1835 Assembly Street
Special Procedures
Columbia, SC 29201



Jake Moore
P. O. Box 1547
Lexington, SC  29071



Kansas City Life Insuranc Company
P. O. Box 219848
Kansas City, MO  84121-9846



Kenyon Wells & Associates
130 Whiteford Court, #C
Lexington, SC  29072-7828



Kevin Miller
P. O. Box 926
Irmo, SC  29063



Key Equipment Financial
P. O. Box 20391
Houston, TX  77216-3901



Lexington County Treasurer
Tax Collector
212 South Lake Drive, Suite 102
Lexington, SC  29072-3499



Machine and Welding Supply Company
P. O. Box 1708
Dunn, NC  28335-1708



Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ  08054

McCarthy Law Firm
1715 Pickens Street
P. O. Box 11332
Columbia, SC  29211-1332


MicroByte
735 Saturn Parkway
Columbia, SC  29212


Orkin
1126 Silstar Road
West Columbia, SC  29170


Outdoor Lighting
P. O. Box 1437
Carrboro, NC  27510


Palmetto Utilities
1710 Woodcreek Farms Road
Elgin, SC  29045


Pest Management Systems, Inc.
4458 Augusta Road
Building 2C
Lexington, SC  29073


Pitney Bowes Global
Financial Services, LLC
P. O. Box 371887
Pittsburgh, PA  15250-7887


Pitney Bowes, Inc.
Purchase Power
P. O. Box 371874
Pittsburgh, PA  15250-7874


Platinum Plus for Business
Business Card
P. O. Box 15710
Wilmington, DE  19886-5710

Pye Barker
P. O. Box 69
Roswell, GA  30077-0069


Quill Corporation
P. O. Box 37600
Philadelphia, PA  19101-0800


Rental Uniform Service
P. O. Box 12410
Florence, SC  29504


Restaurant Technologies
c/o P. Joshua Hill
Suite 1500
50 South Sixth Street
Minneapolis, MN  55402-1498


Retail Systems, Inc.
3920 B Augusta Road
West Columbia, SC  29170


Richland County Government
Treasury Hospitality Tax
P. O. Box 11947
Columbia, SC  29211


Richland County Treasurer
P. O. Box 8028
Columbia, SC  29202-8028


Sam's Club Credit Card
P. O. Box 530981
Atlanta, GA  30353


Santee Cooper
128 Tiller Drive
Pawley's Island, SC  29585

SC Department of Revenue
Sales Tax Return
Columbia, SC  29214-0101


SC Department of Revenue
Withholding
Columbia, SC  29214-0004


SCE&G
Columbia, SC  29218


SCESC
P. O. Box 7103
Columbia, SC  29202


Senn Brothers, Inc.
327 Wholesole Lane
West Columbia, SC  29172


SESAC
981 Joseph E. Lowery Blvd., NW
Suite 102
Atlanta, GA  30318


Sharpe Properties, LLC
P. O. Box 123
Blythewood, SC  29016


Shops at Litchfield
P. O. Box 1058
Columbia, SC  29202-1058


Sonitrol Security Systems
of the Midlands
4455 Tile Drive
Charleston, SC  29405-8400

South Carolina Dept. of Revenue
P. O. Box 125
Columbia, SC  29214


SunTrust Equipment Finance
and Leasing Corp.
P. O. Box 79503
Baltimore, MD  21279--0503


Sysco
131 Sysco Court
Columbia, SC  29209


The Talking Phone Book
34 Seymour Street
Tonawanda, NY  14150


Time Warner Cable
P. O. Box 70992
Charlotte, NC  28272-0992


Town Associates Center
227 West Trade Street
Suite 800
Charlotte, NC  28202


Town of Blythewood
P. O. Box 1004
Blythewood, SC  29016


Town of Lexington
P. O. Box 397
Lexington, SC  29071


Town of Winnsboro Water
P. O. Box 209
Winnsboro, SC  29180

US Bancorp
1450 Channel Parkway
Marshall, MN   56258


US Foodservice
c/o Joseph F. Davis
P. O. Drawer 730
Sumter, SC   29151


Verizon
P. O. Box 920041
Dallas, TX   75392-0041


Wellpath Select, Inc.
P. O. Box 6526
Carol Stream, IL   60197-6526


Whaley Foodservice
P. O. Box 890771
Charlotte, NC   28289


Windstream
P. O. Box 105521
Atlanta, GA   30348-5521


WIS NBC Weather
Houser, Newman & Besley
Attn: Ben McCoy
1508 Washington Street
Columbia, SC   29201